

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00618-CV

Denise **CORKILL**,
Appellant

v.

Diane **GUEVARA** and Alyssa Guevara,
Appellees

From the 229th Judicial District Court, Duval County, Texas
Trial Court No. DC-17-140
Honorable Jose Luis Garza, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED. It is ORDERED that appellees recover their costs of appeal from appellant.

SIGNED May 29, 2019.

_____
Irene Rios, Justice